UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN MIGUEL URIBE VARGAS,

                       Plaintiff,                        23-CV-07215 (LAK) (VF)

      -against-                    **INITIAL CASE MANAGEMENT
CONFERENCE ORDER**

DEVON LAVELLE COX,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On October 10, 2023, Defendant's counsel filed their own proposed case management plan. ECF No. 9. Plaintiff's counsel is directed to either file their own proposed discovery schedule or sign Defendant's schedule by **Monday, October 16, 2023 at 12:00 p.m.**

       **SO ORDERED.**

DATED:     New York, New York
                October 12, 2023

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge