UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JUAN MIGUEL URIBE VARGAS,

      Plaintiff,

  -against-              23-CV-7215 (LAK)

DEVON LAVELLE COX,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**
(Corrected)

LEWIS A. KAPLAN, *District Judge.*

  Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The notice of removal fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

  ☑ The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp.v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).

  ☐ The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

  ☐ The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990).

  ☐ The citizenship of one or more limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000).

  ☐ The nature and citizenship of one or more business entities.

  ☐ The timely removal of the action from state court.

  Absent the filing, on or before January 20, 2024 of an amended notice of removal adequately alleging the existence of subject matter jurisdiction, this action will be remanded to the state court.

  SO ORDERED.

Dated:  January 10, 2024

                     Lewis A. Kaplan
                     United States District Judge